PS-8
8/88

# UNITED STATES DISTRICT COURT

for

### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

U.S.A. vs. David John Welch                      Docket No. 5:12-CR-85-1BR

### Petition for Action on Conditions of Pretrial Release

COMES NOW Mindy L. Threlkeld, probation officer of the court, presenting an official report upon the conduct of defendant, David John Welch, who was placed under pretrial release supervision by the Honorable W. Earl Britt, Senior U.S. District Judge, sitting in the Court at Raleigh, North Carolina, on the 2nd day of April, 2012, under the following conditions:

- Report to the probation office or supervising officer as directed.

- Surrender any passport to the United States Probation Office.

- Obtain no passport.

- Undergo medical or psychiatric treatment.

- Refrain from possessing a firearm, destructive device, or other dangerous weapons.

- Submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which are required as a condition of release.

- Participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.

The defendant appeared before the Honorable W. Earl Britt, Senior U.S. District Judge, for his initial appearance and arraignment, on the 2nd day of April, 2012, and was placed on pretrial supervision at that time.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant tested positive for marijuana on April 2 and 16, May 22, and June 12, 2012. The laboratory confirmed that the defendant had new marijuana use prior to his urinalysis on May 22 and June 12, 2012. The defendant is currently in the Surprise Urinalysis Program and the frequency of urinalysis testing has increased since receiving the lab report. The defendant is currently in mental health counseling with our local provider and is scheduled for sentencing on July 9, 2012. It is recommended that the defendant continue under the existing conditions of release.

**PRAYING THAT THE COURT WILL ORDER** that defendant be continued under the exiting conditions of pretrial release.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/Mindy L. Threlkeld |
| Robert L. Thornton | Mindy L. Threlkeld |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: June 28, 2012 |

### ORDER OF COURT

Considered and ordered this __29__ day of __June__, 2012, and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge